

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
6/2/2025 1:49:02 PM
CHRISTOPHER A. PRINE
Clerk

**ALEJANDRA ORTIZ**
Official Court Reporter
County Court at Law No. 1

DATE:        June 2, 2025

TO:          Michael Cruz
             Clerk of Court
             Fifteenth Court of Appeals
             P.O. Box 12852
             Austin, TX  18711

RE:          CC-24-07234-A / Court of Appeals Number / 15-25-00056-CV

             Ananias Freeney
             v.
             Ekre of Texas LLC

Dear Mr. Morin:

It has come to my attention that the reporter's record is overdue in the above-captioned case.

This case was heard in the backlog Court.  Ms. June Pate was the reporter covering hearings when this case was heard, according to the deputy reporter statement on file.  I overlooked sending the initial notice to Ms. Pate, which caused the delay in a record being filed or a response confirming whether or not a record had been requested.  Her email address is junepatecr@gmail.com.

Respectfully,


Alejandra Ortiz, CSR
Texas CSR No. 8951
Expires 12/31/2024
Official Court Reporter - County Court at Law No. 1
600 Commerce Street, 5th Floor
Dallas, Texas 75202
Telephone: (214) 653-7496

CC:  June Pate (via email)

George Allen, Sr. Courts Building · 5th Floor · 600 Commerce Street · Dallas · Texas · 75202 ·
Tel: (214) 653-7496